

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable John R. Shook
Criminal District Attorney
Bexar County
San Antonio, Texas

Dear Sir:

Opinion No. O-5090
Re: Is the County Judge of Bexar
County, serving as Major in
the Army of the United States,
entitled to full salary as
County Judge?

Your request for opinion upon the above stated question has been received and carefully considered by this department.

It is our opinion under the facts submitted by you that the above question should be answered in the affirmative. In support of this holding see opinions No. O-5102 and O-5039 of this department, copies of which are enclosed herewith for your information, which cite the case of Cramer v. Sheppard, 167 S. W. (2) 147.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By     Wm. J. Fanning
            Assistant

WJF:mp
Encls.

Y GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN